**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

DENIS BULGAKOV,

                                            Petitioner,

            v.

Kristi NOEM, Secretary of Homeland Security; Christopher J. LAROSE, Warden, Otay Mesa Detention Center, Daniel A BRIGHTMAN, Field Office Director, San Diego Field Office, United States Immigration and Customs Enforcement; Todd M. LYONS, Acting Director, United States Immigration Customs Enforcement; Pamela Jo Bondi, Attorney General in their official capacities,

                                            Respondents.

Case No.:  26cv1023 DMS DEB

**ORDER GRANTING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition.  Petitioner did not file a Traverse.

Petitioner is a native and citizen of Russia.  (Pet. at 4.)  On August 25, 2021, he entered the United States lawfully at the San Ysidro Port of Entry seeking asylum.  (*Id.* at 2.)  Petitioner's credible fear interview resulted in a positive finding, and Petitioner was

1

granted humanitarian parole. (*Id.*)  Petitioner has resided in the United States continuously since that time, complying with his parole conditions, obtaining a social security number, work authorization, and a driver's license.  (*Id.*)

On November 8, 2025, Petitioner was arrested at his check-in appointment with Immigration and Customs Enforcement ("ICE").  (*Id.* ¶¶ 3, 45.)  According to Petitioner, ICE determined Petitioner was suitable for release with an ankle monitor, but ICE failed to effectuate that release.  (*Id.* at 2.)  Petitioner therefore remains in custody at Otay Mesa Detention Center.  Since Petitioner has been in custody, an immigration judge pretermitted Petitioner's application for asylum and ordered him removed to Russia.  (*Id.* at 9.)  Petitioner appealed that decision to the Board of Immigration Appeals, and that appeal is pending. (*Id.* at 10.)

On February 18, 2026, Petitioner filed the present case seeking release from custody, or in the alternative, a bond hearing.  He alleges his detention violates the Due Process Clause and the Immigration and Nationality Act.  Respondents do not address Petitioner's claims, but instead argue Petitioner is lawfully detained under 8 U.S.C. § 1226(a), and is therefore entitled to a bond hearing.

In *Rodriguez Fernandez v. Noem*, Case No. 25cv3399 DMS KSC, this Court addressed a set of facts and claims similar to those presented here.  *Rodriguez Fernandez*, ECF No. 8.   Specifically, the petitioner there (1) entered the United States via an appointment with the CBP One mobile application, (2) was paroled into the United States, and (3) was later re-detained after appearing at a hearing in immigration court.  *Id.* at 1-2. The Court agreed with the petitioner that his re-detention without notice or an opportunity to be heard was a violation of his due process rights, and ordered that he be released.

Here, Petitioner did not enter the United States through a CBP One appointment, but he nevertheless lawfully entered the United States through a port of entry.  Like the petitioner in *Rodriguez Fernandez*, Petitioner here was released after being processed by border patrol officials and subsequently detained by ICE agents at an immigration check-in appointment.  Given the factual similarity between the cases, the reasoning of *Fernandez*

26cv1023 DMS DEB

*Rodriguez* applies equally here, and leads to the same conclusion.

Accordingly, the Petition for Writ of Habeas Corpus is granted. Respondents shall release Petitioner from custody within 48 hours of this Order's filing. Respondents shall not re-detain Petitioner without first providing a pre-deprivation hearing before a neutral decisionmaker at which Respondents must prove there are material, changed circumstances related to flight risk or danger to the community that warrant Petitioner's re-detention. The parties shall file a Joint Status Report within 72 hours of this Order's filing, confirming Petitioner has been released.

**IT IS SO ORDERED**.

Dated: March 24, 2026

Hon. Dana M. Sabraw
United States District Judge

26cv1023 DMS DEB